**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Patricia Aiken,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>Thomas M. Snee, et al.,<br><br>　　　　Defendants | Case No.: 2:15-cv-227-JAD-VCF<br><br>**Order Adopting Report and Recommendation [Doc. 4] and Dismissing Action With Prejudice** |

　　Magistrate Judge Cam Ferenbach entered an order and report and recommendation on April 14, 2015, granting plaintiff Patricia Aiken's request to proceed *in forma pauperis* and recommending that her complaint be dismissed with prejudice.[1] Objections to Judge Ferenbach's report and recommendation were due May 4, 2015.[2] No objection has been filed. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]

　　Accordingly, and with good cause appearing,

　　It is hereby ORDERED that Magistrate Judge Ferenbach's report and recommendation **[Doc. 4] is ADOPTED**.

　　It is FURTHER ORDERED that plaintiff Patricia Aiken's complaint is **DISMISSED** with prejudice for lack of subject-matter jurisdiction. The clerk of court is instructed to close this case.

　　DATED May 5, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Doc. 4.

[2] Although objections were due on May 2, 2015, this day was a Saturday and thus the response period was extended to the next business day. *See* Fed. R. Civ. Proc. 6(a)(1)(C).

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).